# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01819 – KLM

ALEXIS SEVCOVIC and RICHARD SEVCOVIC,

**Plaintiff**

v.

CITY AND COUNTY OF DENVER on behalf of Denver International Airport,

**Defendants**.

---

### STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED at Denver, Colorado, this 2nd day of November, 2015,

| | |
|---|---|
| s/ Laurence M. Schneider | s/ Andrew J. Carafelli |
| Laurence M. Schneider, Esq. | Andrew J. Carafelli, Esq. |
| Bachus & Schanker, LLC | Pryor Johnson Carney Karr Nixon, P.C. |
| 1899 Wynkoop Street, Suite 700 | 5619 DTC Parkway, Suite 1200 |
| Denver, Colorado 80202 | Greenwood Village, Colorado 80111 |
| (303) 893-8900 | (303) 773-3500 |
| Counsel for Plaintiff, Alexis Sevcovic | Counsel for Defendant, City and County of Denver |

1

SO ORDERED

Dated: _November 3, 2015_                    _____

                                             Honorable Kristen L. Mix
                                             United States Magistrate Judge