IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01819-KLM

ALEXIS SEVCOVIC, and
RICHARD SEVCOVIC,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, on behalf of Denver International Airport,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [#22][1] (the "First Motion") and Plaintiff's **Motion to Amend Complaint - Opposed** [#23] (the "Second Motion" and collectively with the First Motion, the "Motions"). As an initial matter, the Motions do not comply with D.C.COLO.LCivR 10.1(e), which requires that all pleadings and documents be double spaced. The Court also notes that the Second Motion fails to attach the proposed Amended Complaint or the exhibit required by D.C.COLO.LCivR 15.1 reflecting the proposed modifications to the Complaint. The Motions are subject to denial for failure to comply with the Local Rules of the Court. However, because the Motions request the same relief and the Second Motion supercedes the First Motion, the Court will deny the First Motion as moot. Because the Second Motion does not comply with D.C.COLO.LCivR 10.1(e) and D.C.COLO.LCivR 15.1, the Court will deny that motion without prejudice.

    IT IS HEREBY **ORDERED** that the First Motion [#22] is **DENIED as moot** and the Second Motion [#23] is **DENIED without prejudice**.

    Dated: January 19, 2016

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.